UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

NOTICE OF INTENT TO DISMISS
PURSUANT TO LR 16 AND 41

CIVIL NUMBER:

Plaintiff

v.

Defendant

Notice is given that the above-entitled action will be dismissed pursuant to LR 41(a)(4) and (c), fourteen (14) days from this notice for failing to file the Scheduling Order and Discovery Plan required by LR 16(a) and (c). A copy of LR 41, along with the LR 16 Proposed Scheduling Order and Discovery Plan is provided with this notice.

Dated this       day of

CLERK, U.S. DISTRICT COURT

_____
By:  Deputy Clerk