UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CIERRA TURNER, on Behalf of Herself and All Other Similarly Situated Individuals,<br>        Plaintiff(s),<br><br>v<br><br>PRETTY WOMEN, INC. d/b/a BEACH GIRLS, J.P. PARKING, INC., JAMES PETRY, Individually, AND KENT O'CONNELL, Individually, | CIVIL NUMBER: 4:22-cv-00085<br><br>DEFAULT |

    It appearing by the affidavit/motion of counsel for the plaintiff(s) that the defendant(s) failed to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered against PRETTY WOMEN, INC. d/b/a BEACH GIRLS, J.P. PARKING, INC., JAMES PETRY, Individually, AND KENT O'CONNELL, Individually.

Dated this 1st day of August, 2022.


CLERK, U.S. DISTRICT COURT

/s/ Brian Phillips
_____
By: Deputy Clerk