# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **CIERRA TURNER, on Behalf of Herself and All Other Similarly Situated Individuals,**<br><br>　　**Plaintiff(s),**<br><br>**v.**<br><br>**PRETTY WOMEN, INC. d/b/a BEACH GIRLS, J.P. PARKING, INC., JAMES PETRY, Individually, AND KENT O'CONNELL, Individually,**<br><br>　　**Defendants.** | Case No. **4:22-cv-00085**<br><br><br>STIPULATION TO SET ASIDE DEFAULT |

　　Plaintiff Cierra Turner ("Plaintiff") and Defendants Pretty Women, Inc., J.P. Parking, Inc., James Petry, and Kent O'Connell ("Defendants") (collectively "the Parties"), through their undersigned counsel, have entered the following stipulation.

　　WHEREAS, on August 1, 2022, an entry of default was entered by the Clerk of Court for the United States District Court for the Southern District of Iowa (Dkt. 17);

　　WHEREAS, William Breedlove of Breedlove Legal, LLC has appeared as counsel of record for the Defendants Pretty Women, Inc., J.P. Parking, Inc., James Petry, and Kent O'Connell ("Defendants") in the above titled action (*see* Dkt. 13);

　　WHEREAS, Mr. Breedlove requested and Plaintiff's counsel graciously consented to release Defendants from the entry of default;

　　WHEREAS, the Parties agree and stipulate that Defendants' "Application to Stay Pending Arbitration" (Dkt. 15) should be withdrawn without prejudice or waiver of any rights pending the

Court's resolution of Plaintiff's Motion for Notice to be Issued to Similarly Situated Individuals Pursuant to 29 U.S.C. § 216(b) (Dkt. 12);

WHEREAS, the Parties stipulate that Defendants' deadline to submit an answer or responsive pleading to the above-captioned matter by no later than fourteen (14) days after the Court grants this Stipulation;

WHEREAS, the Parties have conferred and consent to transform Plaintiff's Unopposed Proposed Scheduling Order and Discovery Plan (Dkt. 11) into a Joint Proposed Scheduling Order and Discovery Plan;

NOW THEREFORE, the Parties by their respective attorneys do stipulate to the above and respectfully request the Court consent by executing this Stipulation.

AGREED TO BY THE FOLLOWING:

DATE: August 5, 2022

*/s/ William M. Hogg*
David W. Hodges (*Pro Hac Vice*)
William M. Hogg (*Pro Hac Vice*)
HODGES & FOTY, LLP
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Tel: (713) 523-0001; Fax: (713) 523-1116
dhodges@hftrialfirm.com
whogg@hftrialfirm.com

Timm W. Reid (AT0006547)
REID LAW FIRM, PLLC
The Plaza – Suite 5
300 Walnut Street
Des Moines, Iowa 50309-2239
Tel: (515) 381-9842; Fax: (515) 219-8746
timm@treidlawfirm.com

*Attorneys for Plaintiff, Class, and Collective Members*

DATE: August 5, 2022

*/s/ William L. Breedlove* (with permission)
William L. Breedlove
BREEDLOVE LEGAL, LLC
2103 Sixteenth Street
Moline, Illinois 61265
Tel: (309) 517-0704; Fax: (309) 517-0678
william@breedlovelegal.com

*Counsel for Defendants*

-3-

## [PROPOSED] ORDER

Upon review of the Parties' stipulation and request for relief, the Court GRANTS the request and ORDERS as follows:

    Said Defendants are released from the entry of default.

    Defendants' "Application for Stay Pending Arbitration" (Dkt. 15) shall be withdrawn from consideration without waiver of any of Defendants' rights nor prejudice to Defendants re-filing the motion at a later time.

    Defendants shall file an answer or responsive pleading to Plaintiff's Complaint by no later than fourteen (14) days from the entry of this Order.

    The Court shall construe Plaintiff's Unopposed Proposed Scheduling Order and Discovery Plan (Dkt. 11) as a Joint Proposed Scheduling Order and Discovery Plan.

    IT IS SO ORDERED.

Date:_____, 2022

_____
JUDGE PRESIDING