**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **CIERRA TURNER, on Behalf of Herself and All Other Similarly Situated Individuals,**<br><br>    **Plaintiff(s),**<br><br>**v.**<br><br>**PRETTY WOMEN, INC. d/b/a BEACH GIRLS, J.P. PARKING, INC., JAMES PETRY, Individually, AND KENT O'CONNELL, Individually,**<br><br>    **Defendants.** | **Case No. 4:22-cv-00085**<br><br><br>JOINT MOTION TO DEEM PLAINTIFF'S UNOPPOSED PROPOSED SCHEDULING ORDER (Dkt. 11) AS A JOINT PROPOSED SCHEDULING ORDER |

Plaintiff Cierra Turner, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Pretty Women, Inc., J.P. Parking, Inc., James Petry, and Kent O'Connell ("Defendants") (together, the "Parties") hereby respectfully and jointly move the Court to deem Plaintiff's Unopposed Proposed Scheduling Order and Discovery Plan (Dkt. 11) as a Joint Proposed Scheduling Order and Discovery Plan.

On July 26, 2022, Plaintiff submitted the Unopposed Proposed Scheduling Order and Discovery Plan for the Court's consideration. *See* Dkt. 11. Since then, the Parties have conferred and agree that the unopposed Proposed Scheduling Order and Discovery Plan should be deemed as a joint submission. The Parties therefore respectfully request that the Court deem the filing as a joint filing.

Jointly and respectfully submitted on August 8, 2022.

-2-

/s/ William M. Hogg
David W. Hodges (*Pro Hac Vice*)
William M. Hogg (*Pro Hac Vice*)
HODGES & FOTY, LLP
4409 Montrose Boulevard, Suite 200
Houston, Texas 77006
Tel: (713) 523-0001; Fax: (713) 523-1116
dhodges@hftrialfirm.com
whogg@hftrialfirm.com

Timm W. Reid (AT0006547)
REID LAW FIRM, PLLC
The Plaza – Suite 5
300 Walnut Street
Des Moines, Iowa 50309-2239
Tel: (515) 381-9842; Fax: (515) 219-8746
timm@treidlawfirm.com

*Attorneys for Plaintiffs, Class, and Collective Members*

/s/ William L. Breedlove
(with permission)
William L. Breedlove
BREEDLOVE LEGAL, LLC
2103 Sixteenth Street
Moline, Illinois 61265
Tel: (309) 517-0704
Fax: (309) 517-0678
william@breedlovelegal.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2022, a true and correct copy of the foregoing instrument and all exhibits, if any, was filed electronically through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ William M. Hogg*
William M. Hogg