**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **CIERRA TURNER, on Behalf of Herself and All Other Similarly Situated Individuals,**<br><br>    Plaintiff(s),<br><br>v.<br><br>**PRETTY WOMEN, INC. d/b/a BEACH GIRLS, J.P. PARKING, INC., JAMES PETRY, Individually, AND KENT O'CONNELL, Individually,**<br><br>    Defendants. | Case No. 4:22-cv-00085<br><br><br>NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

Plaintiff Cierra Turner, individually and on behalf of all others similarly situated, hereby files the following Opt-in Consents to Join Collective Action submitted herewith pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b):

**CONSENT TO JOIN COLLECTIVE ACTION**

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|---|---|---|
| 1 | Madison Breckenridge | 3 |
| 2 | Danielle Lamar | 4 |
| 3 | Morgan Coffey | 5 |

-2-

Date: January 3, 2023                           Respectfully submitted

                                                */s/ William M. Hogg*
                                                David W. Hodges (*Pro Hac Vice*)
                                                William M. Hogg (*Pro Hac Vice*)
                                                HODGES & FOTY, LLP
                                                Two Greenway Plaza, Suite 250
                                                Houston, Texas 77046
                                                Tel: (713) 523-0001; Fax: (713) 523-1116
                                                dhodges@hftrialfirm.com
                                                whogg@hftrialfirm.com

                                                Timm W. Reid (AT0006547)
                                                REID LAW FIRM, PLLC
                                                The Plaza - Suite 5
                                                300 Walnut Street
                                                Des Moines, Iowa 50309-2239
                                                Tel: (515) 381-9842; Fax: (515) 219-8746
                                                timm@treidlawfirm.com

                                                *Attorneys for Plaintiff, Class, and Collective Members*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, a true and correct copy of the foregoing instrument and all exhibits, if any, was filed electronically through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

                                                */s/ William M. Hogg*
                                                William M. Hogg