**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **CIERRA TURNER, on Behalf of Herself and All Other Similarly Situated Individuals,**<br><br>    **Plaintiff(s),**<br><br>**v.**<br><br>**PRETTY WOMEN, INC. d/b/a BEACH GIRLS, J.P. PARKING, INC., JAMES PETRY, Individually, AND KENT O'CONNELL, Individually,**<br><br>    **Defendants.** | **Case No. 4:22-cv-00085**<br><br><br>NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

Plaintiff Cierra Turner, individually and on behalf of all others similarly situated, hereby files the following Opt-in Consents to Join Collective Action submitted herewith pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b):

**CONSENT TO JOIN COLLECTIVE ACTION**

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|---|---|---|
| 1 | Kamryn O'Connor | 10 |

Date: April 3, 2023                              Respectfully submitted


                                                 */s/ William M. Hogg*
                                                 David W. Hodges (*Pro Hac Vice*)
                                                 William M. Hogg (*Pro Hac Vice*)
                                                 **HODGES & FOTY, LLP**
                                                 2 Greenway Plaza, Suite 250
                                                 Houston, Texas 77046
                                                 Tel: (713) 523-0001; Fax: (713) 523-1116
                                                 dhodges@hftrialfirm.com
                                                 whogg@hftrialfirm.com

                                                 Timm W. Reid (AT0006547)
                                                 **REID LAW FIRM, PLLC**
                                                 The Plaza - Suite 5
                                                 300 Walnut Street
                                                 Des Moines, Iowa 50309-2239
                                                 Tel: (515) 381-9842; Fax: (515) 219-8746
                                                 timm@treidlawfirm.com

                                                 *Attorneys for Plaintiff, Class, and Collective Members*


## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, a true and correct copy of the foregoing instrument and all exhibits, if any, was filed electronically through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

                                                 */s/ William M. Hogg*
                                                 William M. Hogg