UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CIERRA TURNER, et al<br><br>    Plaintiffs,<br><br>v.<br><br>PRETTY WOMEN, INC., et al<br><br>    Defendants, | CASE NO: 4:22-cv-00085-RGE-SBJ<br><br>**JOINT STATUS REPORT** |

Per the Court's order of December 12, 2023, the parties have conferred and provide this Joint Status Report:

1. Paper discovery has been completed.

2. Discovery depositions have been completed.

3. Plaintiff has presented a settlement demand.

4. From its business records, Defendant Pretty Women, Inc. is building damages models for the named plaintiff and opt-in plaintiffs to be used for settlement discussions and as trial evidence.

                                      GOOSMANN LAW FIRM

                                BY: /s/Paul D. Lundberg
                                   410 5th St.
                                   Sioux City, IA 51101
                                   (712)226-4000 (Phone)
                                   lundbergp@goosmannlaw.com
                                Attorneys for Defendants

                                HODGES & FOTY
                                BY: /s/ Seth J. Toups
                                   2 Greenway Plaza, Suite 250
                                   Houston, TX 77046
                                   (713)523-0001 (Phone)
                                   stoups@hftrialfirm.com
                                Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing instrument was filed/served upon all registered parties to the above cause and to each of the attorneys of record herein at the e-mail address that was provided to the court in reference to the action on December 19, 2023.
                   By:/s/ Paul D. Lundberg