# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **CIERRA TURNER, on Behalf of Herself and All Other Similarly Situated Individuals,**<br><br>　　**Plaintiffs,**<br><br>v.<br><br>**PRETTY WOMEN, INC. d/b/a BEACH GIRLS, J.P. PARKING, INC., JAMES PETRY, Individually, AND KENT O'CONNELL, Individually,**<br><br>　　**Defendants.** | Case No. 4:22-cv-00085-RGE-SBJ<br><br><br>JOINT REQUEST FOR COURT-SPONSORED SETTLEMENT CONFERENCE |

Pursuant to this Court's Order (Doc. 75) and Local Rule 72B, Plaintiff Cierra Turner, on behalf of herself and all others similarly situated ("Plaintiffs"), and Defendants Pretty Women, Inc., J.P. Parking, Inc., James Petry, and Kent O'Connell ("Defendants") (together, the "Parties") hereby jointly request the Court schedule a court-sponsored settlement conference.

On April 17, 2024, the Parties participated in a telephonic status conference with the Court. (*See* Doc. 73). During this conference, the Court outlined certain prerequisites for the Parties to complete before it would schedule a settlement conference. Those items have been completed. Since the conference, Defendants provided a settlement counteroffer to the Plaintiffs. Additionally, the Parties discussed the usefulness of settlement mediation. Based on these discussions, the Parties believe a court-sponsored settlement conference will promote frank discussions aimed at amicably resolving the above-referenced matter without expending additional resources.

This case is set to begin a jury trial on February 24, 2025. (Doc. 76). Discovery in this case has closed, and the deadline for filing dispositive motions is set for July 1, 2024. (Doc. 74).

-2-

In light of the foregoing, the Parties believe a court-sponsored settlement conference may prove beneficial. Accordingly, the Parties respectfully request the Court schedule a settlement conference as soon as practicable.

Jointly and respectfully submitted on May 6, 2024.

| | |
|---|---|
| */s/ Seth J. Toups* | */s/ Paul D. Lundberg (with permission)* |
| David W. Hodges (*Pro Hac Vice*) | Paul D. Lundberg (#WO0003339) |
| Seth J. Toups (*Pro Hac Vice*) | GOOSMANN LAW FIRM |
| HODGES & FOTY, LLP | 410 Fifth Street |
| 2 Greenway Plaza, Suite 250 | Sioux City, Iowa 51101 |
| Houston, Texas 77046 | Tel: (712) 226-4000 |
| Tel: (713) 523-0001 | lundbergp@goosmannlaw.com |
| dhodges@hftrialfirm.com | |
| stoups@hftrialfirm.com | COUNSEL FOR DEFENDANTS |

Timm W. Reid (AT0006547)
REID LAW FIRM, PLLC
The Plaza - Suite 5
300 Walnut Street
Des Moines, Iowa 50309-2239
Tel: (515) 381-9842
timm@treidlawfirm.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, a true and correct copy of the foregoing instrument and all exhibits, if any, was filed electronically through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Seth J. Toups*
Seth J. Toups