UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **CIERRA TURNER, on Behalf of Herself and All Other Similarly Situated Individuals,**<br><br>       **Plaintiff(s),**<br><br>v.<br><br>**PRETTY WOMEN, INC. d/b/a BEACH GIRLS, J.P. PARKING, INC., JAMES PETRY, Individually, AND KENT O'CONNELL, Individually,**<br><br>       **Defendants.** | **Case No. 4:22-cv-00085-RGE-SBJ**<br><br><br>**JOINT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

Plaintiff Cierra Turner, on behalf of herself and on behalf of all others who have joined this case as opt-in plaintiffs, and Defendants Pretty Women, Inc., J.P. Parking, Inc., James Petry, and Kent O'Connell (collectively, the "Parties") file this Joint Motion for Leave to File Documents Under Seal and would respectfully show the Court the following:

**INTRODUCTION**

1. The Parties have reached a settlement of the case concerning allegations of unpaid wages under the Fair Labor Standards Act, 29 U.S.C § 201 *et seq.* ("FLSA").

2. The Parties Settlement Agreement includes a bargained-for confidentiality provision pursuant to which the Parties have agreed to keep the terms of the settlement confidential.

3. Additionally, the Parties respectfully request that the terms of the settlement be kept confidential during the Court's review and potential approval of the settlement.

4. Courts regularly approve FLSA settlements under seal when the parties' settlement

-2-

agreement includes a confidentiality provision. *See, e.g., Jones v. Synergies3 Tec Services, LLC*, 2018 WL 6727061 (E.D. Mo. Dec. 21, 2018) (granting motion to file FLSA settlement agreement under seal); *Roeder v. DirecTV, Inc.*, No. C14-4091-LTS, 2017 WL 3499942 (N.D. Iowa July 19, 2017) (approving FLSA collective action settlement where agreement and motion for approval were filed under seal).

5. The Parties respectfully request the Court grant the Parties' leave to file their settlement documents under seal for the Court's consideration.

Jointly and respectfully submitted on July 7, 2024.

| | |
|---|---|
| */s/ David W. Hodges* | */s/ Paul D. Lundberg (with permission)* |
| David W. Hodges (*Pro Hac Vice*) | Paul D. Lundberg (#WO0003339) |
| HODGES & FOTY, LLP | GOOSMANN LAW FIRM |
| 2 Greenway Plaza, Suite 250 | 410 Fifth Street |
| Houston, Texas 77046 | Sioux City, Iowa 51101 |
| Tel: (713) 523-0001 | Tel: (712) 226-4000 |
| dhodges@hftrialfirm.com | lundbergp@goosmannlaw.com |
| | |
| Timm W. Reid (AT0006547) | COUNSEL FOR DEFENDANTS |
| REID LAW FIRM, PLLC | |
| The Plaza - Suite 5 | |
| 300 Walnut Street | |
| Des Moines, Iowa 50309-2239 | |
| Tel: (515) 381-9842 | |
| timm@treidlawfirm.com | |
| | |
| COUNSEL FOR PLAINTIFFS | |

-3-

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2024, a true and correct copy of the foregoing instrument and all exhibits, if any, was filed electronically through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

                                          */s/ David W. Hodges*
                                          David W. Hodges