IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CIERRA TURNER, on behalf of herself and all other similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>PRETTY WOMEN, INC., d/b/a Beach Girls; J.P. PARKING, INC.; JAMES PETRY; and KENT O'CONNELL,<br><br>    Defendants. | No. 4:22-cv-00085-RGE-SBJ<br><br><br>ORDER DENYING<br>JOINT MOTION FOR<br>APPROVAL OF SETTLEMENT |

Now before the Court is the parties' Joint Motion for Approval of Settlement, which asks the Court to approve the parties' settlement in this Fair Labor Standards Act collective action lawsuit pursuant to 29 U.S.C. § 216(b). Jt. Mot. for Approval of Settlement, ECF No. 88. The motion is denied without prejudice.

The parties failed to file a complete signed copy of the Settlement and Release Agreement. *See* Settlement and Release Agreement ¶ 1(a)(iv), 6, ECF No. 88-1. The parties also failed to file the exhibit referenced in the Proposed Order Approving FLSA Settlement. *See* Proposed Order Approving FLSA Settlement 1, ECF No. 88-2. Without these materials, the Court denies the parties' motion.

**IT IS ORDERED** that the parties' Joint Motion for Approval of Settlement, ECF No. 88, is **DENIED without prejudice**.

**IT IS SO ORDERED.**

Dated this 2nd day of August, 2024.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE