IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CIERRA TURNER, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PRETTY WOMEN, INC., d/b/a Beach Girls; J.P. PARKING, INC.; JAMES PETRY; and KENT O'CONNELL,<br><br>Defendants. | No. 4:22-cv-00085-RGE-SBJ<br><br><br>**ORDER APPROVING<br>FLSA SETTLEMENT** |

Now before the Court is the parties' Joint Motion for Approval of Settlement, which asks the Court to approve the parties' settlement in this Fair Labor Standards Act collective action lawsuit pursuant to 29 U.S.C. § 216(b). Jt. Mot. for Approval of Settlement, ECF No. 90. For good cause shown, and as more fully explained below, the motion is granted.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement and Release Agreement are a fair and reasonable resolution of a bona fide dispute between Plaintiff Cierra Turner and those individuals who elected to participate in this case as opt-in plaintiffs—as identified by name on Exhibit A to the Settlement and Release Agreement—and Defendants Pretty Women, Inc., J.P. Parking, Inc., James Petry, and Kent O'Connell. *See* Settlement and Release Agreement, ECF No. 90-1; Ex. A Settlement and Release Agreement, ECF No. 90-2. The Court further finds that the service award payment, attorney's fees, and costs payment requested in the motion and reflected in the Settlement and Release Agreement are reasonable and are approved.

Accordingly,

**IT IS ORDERED** that the parties' Joint Motion for Approval of Settlement, ECF No. 90, is **GRANTED**. Both the settlement of the claims and the procedure to administer the settlement as set forth in the Settlement and Release Agreement are approved. The Parties shall administer the settlement of the claims as set forth in the Settlement and Release Agreement.

**IT IS FURTHER ORDERED** that all claims asserted in this case by Plaintiffs are **STAYED** pending final payment of the settlement amount by Defendants.

**IT IS SO ORDERED.**

Dated this 19th day of August, 2024.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE